IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-40058

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 14, 2008

Charles R. Fulbruge III
Clerk

In Re: VOLKSWAGEN OF AMERICA INC, a New Jersey Corporation;
VOLKSWAGEN AG, a foreign corporation organized under the laws of
Germany

Petitioners

- - - - -
Petition for Writ of Mandamus to the United States District Court
for the Eastern District of Texas, Marshall Division
- - - - -

ON PETITION FOR REHEARING EN BANC
(Opinion Order February 13, 2007, 5 Cir., 2007,_____F.3d_____)
(Order on Panel Rehearing April 23, 2007,
5 Cir., 2007, _____F.3d_____)
(Opinion Order October 24, 2007, 5 Cir., 2007, _____F.3d_____)

(February 14, 2008)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT,
PRADO, OWEN, ELROD and SOUTHWICK, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs.